United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| IN RE ) | |
| ) | No. 14-B-02530 |
| JOSEPH P. CALDERON ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 2, 2018, I electronically filed Response to Notice of Final Cure Payment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Casey C. Kepple, ckepple@kepplelawllc.com
    Patrick S. Layng, USTPRegion11.ES.ECF@usdog.gov
    Marc C. Scheinbaum, amerlincat@aol.com
    Glenn B. Stearns, mcguckin_m@lisle13.com

    /s/ William P. Hintz
    William P. Hintz, No. 6185407
    Herbolsheimer, Duncan, Eiten
      and Hintz, P.C.
    654 First Street
    P.O. Box 539
    LaSalle, IL 61301
    Telephone: 815-223-0111
    Fax: 815-223-5829
    whintz@hlhdr.com